IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

WARREN WILLIAMS,

    Plaintiff,

v.

DANE COUNTY SHERIFF'S OFFICE,

    Defendant.

JUDGMENT IN A CIVIL CASE

13cv-068-wmc

This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered denying plaintiff Warren Williams' leave to proceed and dismissing with prejudice this case for failure to state a claim upon which relief can be granted under 42 U.S.C. § 1983.

/s/                                              8/07/2014

Peter Oppeneer, Clerk of Court             Date